## UNITED STATES
### v.
## ROBERT SMART

1808

### JOURNAL ENTRIES

1. Recognizance . . . . . . . . *Journal, infra,* *p. 147

### PAPERS IN FILE
[None]

## UNITED STATES
### v.
## JAMES WATSON

1808

### JOURNAL ENTRIES

1. Rule for recognizance; plea; issue . . . . . *Journal, infra,* *p. 149
2. Jurors; verdict; discharge . . . . . . . . . . " 160

### PAPERS IN FILE

1. Indictment . . . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . . .